## STATE v. WOODS

No. 51P00

Case below: 136 N.C.App. 386

Motion by Attorney General for temporary stay denied 3 February 2000. Petition by Attorney General writ of supersedeas denied 2 March 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

## STATE v. WRIGHT

No. 546P99

Case below: 135 N.C.App. 386

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## STATE EX REL. COMM'R OF INS. v. N.C RATE BUREAU

No. 42P99-2

Case below: 131 N.C.App. 874

350 N.C. 850

Petition by petitioner (N.C. Rate Bureau) for writ of certiorari to review the 17 August 1999 order of the North Carolina Court of Appeals reaffirming its decision in this case denied 2 March 2000.

## STEM v. RICHARDSON

No. 367P99

Case below: 128 N.C.App. 754

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Motion by plaintiffs' attorney to participate as petitioner denied 3 February 2000. Notice of appeal by plaintiffs' attorney pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000. Petition by plaintiffs' attorney for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.